IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KAYOKA D. CHAMBERS,<br><br>            Plaintiff,<br><br>    vs.<br><br>BIMBO BAKERY, and BIMBO BAKERIES USA, INC.,<br><br>            Defendants. | **8:19CV200**<br><br>**MEMORANDUM AND ORDER** |

This matter is before the court on its own motion. On April 8, 2020, the court conducted an initial review of Plaintiff's Complaint (filing no. 1) and directed Plaintiff to file an amended complaint within 30 days or face dismissal of this action. (Filing No. 6.) The court's order was subsequently returned to the court as undeliverable (*see* filing no. 7), and the court ordered Plaintiff to update her address with the court by May 8, 2020, or this matter would be dismissed. (Filing No. 8.) On May 4, 2020, Plaintiff filed a Notice of Change of Address. (Filing No. 9.) However, Plaintiff has not filed an amended complaint in accordance with the court's April 8, 2020 Memorandum and Order, and the court cannot ascertain whether Plaintiff ever received notice of the requirement to do so. Accordingly, and out of an abundance of caution,

IT IS ORDERED that:

1. Plaintiff shall have until **June 5, 2020**, to file an amended complaint in accordance with the court's April 8, 2020 Memorandum and Order (filing no. 6). Failure to do so will result in dismissal of this matter without further notice.

2. The clerk of the court is directed to send to Plaintiff a copy of the court's April 8, 2020 Memorandum and Order (filing no. 6).

3. The clerk of the court is directed to set a pro se case management deadline in this matter with the following text: **June 5, 2020**: Check for amended complaint.

Dated this 6th day of May, 2020.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge