**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

KAYOKA D. CHAMBERS,

                  Plaintiff,

     vs.

BIMBO BAKERY, and BIMBO BAKERIES
USA, INC.;

              Defendants.

**8:19CV200**

**ORDER TO SHOW CAUSE**

This matter is before the Court *sua sponte* after review of the docket.  On April 29, 2022, Senior United States District Judge Richard G. Kopf entered a Memorandum and Order after initial review of Plaintiff's Amended Complaint, and found that Plaintiff's claims for discrimination and retaliation under Title VII and the NFEPA may proceed to service of process.  (Filing No. 12).  Judge Kopf explained that, to obtain service of process on the Defendants, Plaintiff must complete and return summons forms provided by the Clerk of Court.  Because Federal Rule of Civil Procedure 4(m) requires a plaintiff to serve a defendant within 90-days after the complaint is filed, Judge Kopf granted Plaintiff an additional 90-days from the date of his order to complete service of process.

More than 90 days has elapsed since Judge Kopf entered his order.  To date, there is no indication that Plaintiff completed the summons forms as directed; Defendants have not entered a voluntary appearance or otherwise appeared; and Plaintiff has not requested an extension of time to complete service of process.  Therefore, Plaintiff must show cause why this case should not be dismissed for failure to serve the defendants.  See Fed. R. Civ. P. 4(m) ("If a defendant is not served within 90 days after the complaint is filed, the court -- on motion or on its own after notice to the plaintiff -- must dismiss the action without prejudice against that defendant or order that service be made within a specified time.  But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.").  Accordingly,

**IT IS ORDERED** that Plaintiff shall have until **August 22, 2022,** to show cause why this case should not be dismissed pursuant to Federal Rule of Civil Procedure 4(m), or take other appropriate action.  The failure to timely comply with this order may result in dismissal of this action without further notice.

Dated this 1st day of August, 2022.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge