IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

KAYOKA D. CHAMBERS,

           Plaintiff,

vs.

BIMBO BAKERY, and BIMBO BAKERIES USA, INC.;

           Defendants.

8:19CV200

FINDINGS AND RECOMMENDATION

      Plaintiff commenced this action on May 6, 2020. (Filing No. 1). The Court granted Plaintiff leave to proceed without prepayment of fees and conducted an initial review pursuant to 28 U.S.C. § 1915(e)(2). On April 29, 2022, the Court found that Plaintiff's claims for discrimination and retaliation under Title VII and the NFEPA may proceed to service of process. (Filing No. 12). The Court explained that, to obtain service of process on the defendants, Plaintiff must complete and return summons forms provided by the Clerk of Court. Because Federal Rule of Civil Procedure 4(m) requires a plaintiff to serve a defendant within 90-days after the complaint is filed, the Court granted Plaintiff an additional 90-days from the date of its Order (until July 28, 2022) to complete service of process. There is no indication that Plaintiff did not receive the Court's April 29, 2022, Order with two blank summons forms and two USM-285 forms to be completed and returned to the Court.

      Based on the record before the Court, it appeared that Plaintiff failed to complete and return the summons forms so that service could be accomplished upon the defendants. Accordingly, on August 1, 2022, the undersigned magistrate judge issued a show cause order requiring Plaintiff to show cause why this case should not be dismissed pursuant to Federal Rule of Civil Procedure 4(m) for failure to serve the defendants. (Filing No. 14). The show cause order warned Plaintiff that failure to timely comply with the order may result in dismissal of the action without further notice. The deadline to respond to the show cause order was August 22, 2022.

      Plaintiff sent a letter to the court dated August 4, 2022, acknowledging she received a document from this Court concerning her case. Plaintiff provided her current contact information, but did not otherwise respond to the show cause order. (Filing No. 15). There is still no indication that the defendants have been served and received notice of this lawsuit, and the defendants have not entered a voluntary appearance. Plaintiff has not requested an extension of the service deadline

or otherwise offered the Court any explanation as to why she did not follow the Court's directions to complete and return summons forms, despite being providing with an opportunity to do so. Although Plaintiff is pro se, she still is responsible for having the summons and complaint served within the time allowed by Rule 4(m), and failed to do so. Accordingly,

**IT IS HEREBY RECOMMENDED** to the Honorable Robert F. Rossiter, Jr., Chief United States District Court Judge, that the above-captioned case be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 4(m) for failure to serve the defendants.

Dated this 30th day of August, 2022.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge

**ADMONITION**

A party may object to a magistrate judge's findings and recommendation by filing an objection within fourteen (14) days after being served with a copy of the findings and recommendation. NECivR 72.2. Failure to timely object may constitute a waiver of any objection.