IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KAYOKA D. CHAMBERS,<br><br>     Plaintiff,<br><br>  v.<br><br>BIMBO BAKERY and BIMBO BAKERIES USA, INC.,<br><br>     Defendants. | **8:19CV200**<br><br>**ORDER** |

  This matter is before the Court on a Findings and Recommendation (Filing No. 16) recommending the Court dismiss this case "without prejudice pursuant to Federal Rule of Civil Procedure 4(m) for failure to serve the defendants." *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(1). In making that recommendation, the magistrate judge[1] notes plaintiff Kayoka D. Chambers ("Chambers") neither explained "why she did not follow the Court's directions to complete and return summons forms, despite being provid[ed] with an opportunity to do so," nor showed cause why this case should not be dismissed for failing to follow the Court's orders and failing to have "the summons and complaint served within the time allowed by Rule 4(m)." Chambers also did not object to the Findings and Recommendation within the time permitted.

  Although § 636(b)(1) requires this Court to "make a de novo review of . . . specified proposed findings or recommendations to which objection is made," if no one objects, further review is unnecessary. *See Peretz v. United States*, 501 U.S. 923, 939 (1991); *Leonard v. Dorsey & Whitney LLP*, 553 F.3d 609, 619-20 (8th Cir. 2009) ("[T]he failure to file objections eliminates not only the need for de novo review, but *any* review by the

---

[1] The Honorable Michael D. Nelson, United States Magistrate Judge for the District of Nebraska.

district court."); *see also* Fed. R. Crim. P. 59 (a), (b)(2) (explaining the failure to timely object waives the right to review); NECrimR 59.2(a), (e).

Because Chambers has not properly responded to the order to show cause and has not objected to the magistrate judge's Findings and Recommendation,

IT IS ORDERED:
1. The magistrate judge's Findings and Recommendation (Filing No. 16) is accepted in its entirety. Any objections are deemed waived.
2. This case is dismissed without prejudice.

Dated this 19th day of September 2022.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge